O

FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOE EZEQUIEL CORTEZ,<br><br>Petitioner,<br><br>v.<br><br>FRANCISCO JACQUEZ,<br><br>Respondent. | Case No. CV 09-00267 CAS (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*.

IT IS ORDERED that:

1. The R&R is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action without prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: March 3, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE