JS - 6

ENTER

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOE EZEQUIEL CORTEZ,   )<br>          Petitioner,   )<br>     v.             )<br>FRANCISCO JACQUEZ,   )<br>          Respondent.   ) | Case No. CV 09-00267 CAS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: March 3, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY